# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ROGELIO MUNOZ DITA,

    Plaintiff,

v.

DAYNAY SERVICES LLC.
and NAYMI RODRIGUEZ AVILA,

    Defendants.

Case No. **2:24-CV-266-JLB-NPM**

## PLAINTIFF'S NOTICE OF COMPLIANCE

Pursuant to the FLSA Fast-Track Scheduling Order (Docket 12), on May 10, 2024, I caused all documents in Plaintiff's possession, custody or control that pertain to the unpaid wages claimed in the Complaint to be served upon the Defendants at the email addresses listed below by emailing them to the parties/attorneys:

*Attorneys for Defendants*
**Michael Elkins**
melkins@mlelawfirm.com

**Joshua M. Entin**
josh@entinlaw.com

Dated:  May 10, 2024

                                                s/Daniel I. Schlade
                                                Daniel I. Schlade
                                                Florida Bar No. 1034991
                                                *Counsel For Plaintiffs*
                                                Justicia Laboral, LLC
                                                6232 N. Pulaski, #300
                                                Chicago, IL 60646